**Abatement Order filed April 7, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00193-CV

## IN RE TIM A. THIBODEAU, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
311th District Court
Harris County, Texas
Trial Court Cause No. 2008-00271**

## ABATEMENT ORDER

On March 6, 2014, relator Tim A. Thibodeau filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asked this Court to compel the Honorable Denise Pratt, Judge of 311th District Court of Harris County to set aside her July 31, 2012 and December 3, 2012 orders suspending relator's visitation with, and access to, the child, and to conduct a jury in trial court cause number 2008-00271, styled *In the Interest of G.A.W.T., A Child.*

Because the respondent ceased to hold office of Judge of the 311th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore, we abate this proceeding, treat it as a closed case, and remove it from the Court's active docket. This original proceeding is abated until such time when respondent's successor advises this Court of the action taken on relator's request. The Court will then consider a motion to dismiss the original proceeding or other dispositive motion. This Court also will consider an appropriate motion to reinstate the original proceeding, or the court may reinstate the original proceeding on its own motion. We further direct relator to advise the Court of the status of the case below every thirty days from the date of this order until the trial court has informed the Court of the action taken on relator's request for relief.

It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.